# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

June 3, 2015

149872(64)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SEAN HARRIS,
      Defendant-Appellant.
_____/

SC: 149872
COA: 317158
Wayne CC: 13-001620-AR

      On order of the Chief Justice, the motion of the Police Officers Labor Council for leave to participate as amicus curiae and to file an amicus brief is GRANTED. The amicus brief submitted on May 21, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2015

